Katherine Demarest, ABA #1011074
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorney for Plaintiff
CASH DEPOT, LTD.

UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| CASH DEPOT, LTD.<br><br>      Plaintiff,<br><br>vs.<br><br>COMMERCIAL ATM SERVICES, LLC d/b/a ALASKA ATM SERVICE, SOCIETE FINANCIAL, LLC d/b/a ALASKA ATM SERVICE, SOCIETE FINANCIAL GROUP, LLC d/b/a ALASKA ATM SERVICE, JAMES F. DAINIS, DOMINIC M. KRUEGER, AND REYNOLD T. KRUEGER<br><br>      Defendants. | Case No. 3:15-CV-00065-HRH<br><br>**COMPLAINT** |

NOW COMES Plaintiff, Cash Depot, Ltd., and states and alleges as follows:

## THE PARTIES

1. Plaintiff **CASH DEPOT, LTD.** ("Cash Depot") is a Wisconsin corporation with a principal place of business at 1740 Cofrin Drive, Suite 2, Green Bay, Wisconsin 54302. Cash Depot is in all ways competent to bring this action.

Complaint                            *Cash Depot, Ltd. v. Commercial ATM Services,*
                                         *LLC et al.*
Page 1 of 9                               Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH  Document 1  Filed 04/27/15  Page 1 of 9

2. Defendant **COMMERCIAL ATM SERVICES, LLC d/b/a/ ALASKA ATM SERVICE** (hereinafter referred to collectively with Defendants Societe Financial, LLC and Societe Financial Group LLC as "Alaska ATM") is an Alaska limited liability company with a principal place of business at 510 West Tudor Road #8, Anchorage, Alaska 99503. Commercial ATM Services, LLC holds a business name registration for Alaska ATM Service. The sole member of Commercial ATM Services, LLC, is Societe Financial Group, LLC. The sole member of Societe Financial Group, LLC, is James Dainis, whose citizenship is described below. The registered agent for Commercial ATM Services, LLC, is James Dainis, 510 West Tudor Road #8, Anchorage, Alaska 99503.

3. Defendant **SOCIETE FINANCIAL, LLC d/b/a/ ALASKA ATM SERVICE** (hereinafter referred to collectively with Defendants Commercial ATM Services, LLC and Societe Financial Group, LLC as "Alaska ATM") is an Alaska limited liability company with a principal place of business at 510 West Tudor Road #8, Anchorage, Alaska 99503. Societe Financial, LLC owns a business license in the name of Alaska ATM Service. The sole member of Societe Financial, LLC, is James Dainis, whose citizenship is described below. The registered agent for Societe Financial, LLC, is James Dainis, 510 West Tudor Road #8, Anchorage, Alaska 99503.

4. Defendant **SOCIETE FINANCIAL GROUP, LLC d/b/a ALASKA ATM SERVICE** (hereinafter referred to collectively with Defendants Commercial ATM Services, LLC and Societe Financial, LLC as "Alaska ATM") is an Alaska limited liability company with a principal place of business at 510 West Tudor Road #8,

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 2 of 9 Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 2 of 9

Anchorage, Alaska 99503. The sole member of Societe Financial Group, LLC, is James Dainis, whose citizenship is described below.

5. Defendant **James Dainis** is an individual citizen of Alaska. He is the sole owner of the defendant corporate entities described above in paragraphs 2, 3, and 4, and is Alaska ATM's principal.

6. Defendant **Dominic Krueger** is an individual citizen of Alaska and an employee or former employee of Alaska ATM.

7. Defendant **Reynold Krueger** is an individual citizen of Alaska and an employee or former employee of Alaska ATM.

## JURISDICTION AND VENUE

8. Pursuant to 28 U.S.C. § 1332 (diversity of citizenship), this Court has jurisdiction over this matter. Complete diversity of citizenship exists between the Plaintiff (Wisconsin) and all Defendants (Alaska), and the matter in controversy exceeds, exclusive of interest and costs, $75,000.00.

9. This Court has personal jurisdiction over all the Defendants, because all the Defendants reside in and/or conduct substantial business in this judicial district.

10. Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events or omissions that give rise to the claim occurred in this judicial district.

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 3 of 9 Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 3 of 9

## GENERAL ALLEGATIONS COMMON TO ALL COUNTS

11. On or about June 9, 2014, Cash Depot entered into an Automated Teller Machine (ATM) Service Agreement (the "Agreement") with Alaska ATM. A copy of the Agreement is attached hereto as Exhibit A.

12. Pursuant to the terms of the Agreement, Cash Depot agreed to pay Alaska ATM to fill Cash Depot's ATM at the Walmart store located at 2911 Mill Bay Road in Kodiak, Alaska, with vault cash.

13. To fill Cash Depot's ATM, a courier for Alaska ATM would pick up cash from the Wells Fargo bank in Anchorage, load the cash into a cassette, travel to Kodiak, remove the old cassette (which would typically contain residual vault cash) from Cash Depot's ATM, install the new cassette into Cash Depot's ATM, and return the residual cash from the old to the bank in Anchorage. Upon information and belief, Alaska ATM had contracts with owners of other ATMs in Kodiak, Alaska. Alaska ATM's courier would fill multiple ATMs on each trip to Kodiak.

14. Pursuant to § 2 of the Agreement, "ATM Vault Cash [was] the sole exclusive property of Cash Depot and . . . neither Alaska ATM Service nor any third party [had] any interest (including any legal, equitable or security interest) in such ATM Vault Cash. Legal title to ATM Vault Cash . . . never pass[ed] to Alaska ATM Service."

15. Pursuant to § 3 of the Agreement, Alaska ATM "accept[ed] all responsibility and b[ore] all risk of loss for the transfer and handling of Vault Cash, including without limitation, any loss suffered or created by theft, damage, destruction,

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 4 of 9   Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 4 of 9

fraud, or mysterious loss of cash," from the time it delivered the vault cash to Cash Depot's ATM until the vault cash was dispensed to Cash Depot's customers.

16. James Dainis, Dominic Krueger, and Reynold Krueger were the individual couriers who had responsibility for filling Cash Depot's ATM on behalf of Alaska ATM. The three individual defendants (Dainis, D. Krueger, and R. Krueger) were the only individuals authorized by Cash Depot and Alaska ATM to handle Cash Depot's vault cash.

17. Between June 25, 2014, when Alaska ATM began performing its services under the Agreement, and December 4, 2014, when Cash Depot discovered the problem, $138,940.00 in vault cash disappeared from Cash Depot's ATM.

18. The disappearance occurred because one or more of Alaska ATM's couriers failed to return Cash Depot's residual vault cash to the bank.

## CLAIM FOR RELIEF – I
## BREACH OF CONTRACT (against Alaska ATM)

19. Cash Depot realleges paragraphs 1-18 as if fully set forth herein.

20. The loss of $138,940.00 in vault cash subsequent to its delivery to Cash Depot's ATM constitutes a breach of the Agreement by Alaska ATM.

21. As a result of Alaska ATM's breach of the Agreement, Cash Depot has been damaged in an amount of at least $138,940.00.

22. Pursuant to § 9(j) of the Agreement, Cash Depot is entitled to recover its attorney's fees, costs, and necessary disbursements from Alaska ATM, in addition to any other relief to which it may be entitled.

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 5 of 9 Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 5 of 9

## CLAIM FOR RELIEF – II
## CONVERSION (against all Defendants)

23. Cash Depot realleges paragraphs 1-22 as if fully set forth herein.

24. Cash Depot is and was at all times the owner of the vault cash described herein.

25. One or more of the Defendants intentionally and wrongfully converted Cash Depot's vault cash for his or its own use, or for the use of someone other than Cash Depot.

26. As a result of Defendants' actions, Cash Depot has sustained damages in the amount of at least $138,940.00.

## CLAIM FOR RELIEF – III
## FRAUD (against all Defendants)

27. Cash Depot realleges paragraphs 1-26 as if fully set forth herein.

28. One or more Defendants intentionally and/or negligently misrepresented facts to Cash Depot about their actions related to the vault cash, in order to unlawfully deprive Cash Depot of its vault cash.

29. As a result of Defendants' actions, Cash Depot has sustained damages in the amount of at least $138,940.00.

## CLAIM FOR RELIEF – IV
## CONSIPIRACY TO COMMIT FRAUD (against all Defendants)

30. Cash Depot realleges paragraphs 1-29 as if fully set forth herein.

31. Defendants wrongfully conspired with each other to deprive Cash Depot of its vault cash.

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 6 of 9  Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 6 of 9

32. As a result of a concerted plan, common design and conspiracy, Cash Depot has suffered damages in the amount of at least $138,940.00.

### CLAIM FOR RELIEF – V
### UNJUST ENRICHMENT (against all Defendants)

33. Cash Depot realleges paragraphs 1-32 as if fully set forth herein.

34. One or more Defendants was unjustly enriched in retaining vault cash belonging to Cash Depot.

35. Cash Depot is entitled to judgment personally against any Defendant who unjustly retained Cash Depot's vault cash.

### CLAIM FOR RELIEF –VI
### UNFAIR TRADE PRACTICES (against all Defendants)

36. Cash Depot realleges paragraphs 1-35 as if fully set forth herein.

37. Defendants engaged in trade or commerce that falls within the scope of the Alaska Unfair Trade Practices Act, AS 45.50.471 *et seq.* ("UTPA").

38. Defendants violated the UTPA by unfairly failing to return Cash Depot's vault cash to Cash Depot's bank account. Cash Depot was misled and deceived by Defendants to Cash Depot's detriment.

39. As a result of Defendants' actions, Cash Depot has suffered damages in an amount of at least $138,940.00.

40. Cash Depot is entitled to treble damages and actual, reasonable attorneys' fees under the UTPA.

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 7 of 9  Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 7 of 9

## CLAIM FOR RELIEF –VII
## JOINT AND SEVERAL LIABILITY (against all Alaska ATM Entities and James Dainis)

41. Cash Depot realleges paragraphs 1-40 as if fully set forth herein.

42. Alaska ATM Service committed an unfair or deceptive act or practice, causing damages to Cash Depot in an amount of at least $138,940.00.

43. Alaska ATM Service is fully controlled by the Defendants Commercial ATM Services, LLC d/b/a Alaska ATM Service, Societe Financial, LLC d/b/a Alaska ATM Service, Societe Financial Group, LLC d/b/a Alaska ATM Service, and James Dainis.

44. Through their principal James Dainis, all Alaska ATM entities had actual knowledge or were recklessly indifferent that Alaska ATM and/or one of its agents or employees engaged in the unfair or deceptive act or practice.

45. Defendants Commercial ATM Services, LLC d/b/a Alaska ATM Service, Societe Financial, LLC d/b/a Alaska ATM Service, Societe Financial Group, LLC d/b/a Alaska ATM Service, and James Dainis are each liable for Cash Depot's damages.

## CLAIM FOR RELIEF VIII: PUNITIVE DAMAGES

46. Cash Depot realleges paragraphs 1-45 as if fully set forth herein.

47. Defendants' conduct was wanton, willful and in reckless disregard of the rights of Cash Depot, thus entitling Cash Depot to an award of punitive damages against all Defendants.

**DORSEY & WHITNEY LLP**
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*

Page 8 of 9 Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 8 of 9

WHEREFORE, Cash Depot demands judgment as follows:

A.	For compensatory damages against Defendants, jointly and severally, an amount to be determined at trial but in any event, at least $138,940.00, plus pre- and postjudgment interest.

B.	For awards of both treble and punitive damages against Defendants, jointly and severally, in an amount to be determined at trial;

C.	For an award of actual attorney's fees and costs from Defendants, and;

D.	For such other and further relief as the Court deems just and equitable.

DATED this 27th day of April, 2015, at Anchorage, Alaska.

>	DORSEY & WHITNEY LLP
>	Attorney for Cash Depot, Ltd.
>
>	By: /s/ Katherine Demarest
>	Katherine Demarest, ABA #1011074
>	DORSEY & WHITNEY LLP
>	1031 W. 4th Avenue, Suite 600
>	Anchorage, AK 99501-5907
>	907-276-4557
>	demarest.katherine@dorsey.com

DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Complaint *Cash Depot, Ltd. v. Commercial ATM Services, LLC et al.*
Page 9 of 9  Case No. 3:15-CV-00065-HRH
Case 3:15-cv-00065-HRH   Document 1   Filed 04/27/15   Page 9 of 9